# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LARESIA D. SYKES, as Special** | ) |
| **Administrator of the Estate of** | ) |
| **DeShawn A. Sykes,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No. CIV-20-333-G** |
| | ) |
| **NATHAN G. BERGERHOUSE** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

On February 8, 2022, the Court ordered that this civil matter be stayed in light of new issues that had arisen with respect to the discharge of certain debts claimed as damages by Plaintiff Laresia D. Sykes in her 2020 personal bankruptcy action.[1]  *See* Order of Feb. 8, 2022 (Doc. No. 137).  The Court further ordered that the parties must notify the Court in writing "as to the status of the bankruptcy action" and "how they propose to proceed in this case." *Id.* at 2.

On March 15, 2022, Defendants Nathan G. Bergerhouse and C.R. England, Inc. jointly filed a Status Report (Doc. No. 144).  Plaintiff also filed a Status Report (Doc. No. 145).  All parties represent that the proceedings in the bankruptcy action are ongoing and that the Court may receive requests from other individuals to intervene in this lawsuit.

---

[1] *In re Sykes*, No. 20-12333-SAH (Bankr. W.D. Okla. filed July 14, 2020).

Having reviewed the Status Reports, the Court finds that a further stay of this matter is warranted.  All deadlines and proceedings in this matter shall therefore remain STAYED pending further order of the Court.

IT IS FURTHER ORDERED that the parties shall notify the Court in writing on or before May 15, 2022, as to the status of the bankruptcy action and how they propose to proceed in this case.

Defendants' Motion to Strike (Doc. No. 143) is DENIED AS MOOT.

IT IS SO ORDERED this 6th day of April, 2022.

_____
CHARLES B. GOODWIN
United States District Judge